| | |
|---|---|
| 1 | RANDY SUE POLLOCK |
| | Attorney at Law (CSBN 64493) |
| 2 | 2831 Telegraph Avenue |
| | Oakland, CA 94609 |
| 3 | Telephone: 510-763-9967 |
| | Facsimile: 510-272-0711 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CR. 07-00762-01 |
| Plaintiff, | | |
| vs. | | **STIPULATION TO CONTINUE DATE FOR RESOLUTION OF PROBATION VIOLATION HEARING** |
| RICHARD CUTSHALL, | | |
| Defendant. | | |

Defendant RICHARD CUTSHALL, by and through his counsel of record Randy Sue Pollock, and Assistant U.S. Attorney Thomas Moore hereby stipulate and agree that the probation violation hearing presently set for January 3, 2012 at 2:30 p.m. be continued to February 22, 2012 at 2:30 p.m. Defense counsel and her client are attempting to reach a settlement of this matter with the government.

///

///

///

///

United States Probation Officer Janie Zhuang has no objection to this continuance.

Date:   December 29, 2011          /s/
                                   RANDY SUE POLLOCK
                                   Counsel for Defendant
                                   Richard Cutshall


Date:   December 29, 2011          /s/
                                   THOMAS MOORE
                                   Assistant United States Attorney


SO ORDERED. Hearing will be held on Tuesday, February 21, 2012, at 2:30 p.m.

Dated: 1/3/2012                    _____
                                   CLAUDIA WILKEN
                                   United States District Court Judge