RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: 510-763-9967
Facsimile: 510-272-0711
pollockesq@aol.com

Attorney for Defendant
RICHARD CUTSHALL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICHARD CUTSHALL,

    Defendant.
_____/

CR. 07-00762-01-CW (DMR)

**STIPULATION TO CONTINUE DATE FOR PROBATION VIOLATION HEARING; ORDER**

    Defendant RICHARD CUTSHALL, by and through his counsel of record Randy Sue Pollock, and Assistant U.S. Attorney Thomas Moore hereby stipulate and agree that the probation violation hearing presently set for December 3, 2012 at 9:30 a.m. before the Honorable Kandis A. Westmore, be continued to January 10, 2013 at 9:30 a.m. Mr. Cutshall has submitted documents to the IRS and AUSA Moore needs additional time to review them. There is a possibility that this matter may be resolved.

///
///
///
///

Stipulation to Continue Probation Hearing; Order

United States Probation Officer Susan Portillo has no objection to this continuance.

Date: November 30, 2012           _____/s/_____
                                  RANDY SUE POLLOCK
                                  Counsel for Defendant
                                  Richard Cutshall


Date: November 30, 2012           _____/s/_____
                                  THOMAS MOORE
                                  Assistant United States Attorney


SO ORDERED:

November 30, 2012
                                  _____
                                  DONNA M. RYU
                                  United States Magistrate Judge